UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-mj-1523-T-AAS

DAVID ALLEN BOILEAU

_____

ORDER

THIS CAUSE came on to be heard upon the defendant's preliminary hearing. For the reasons stated at the hearing, it is, upon consideration,

ORDERED:

That the defendant may file, no later than June 10, 2019, a memorandum addressing whether or not there is probable cause for the defendant's alleged violation of 18 U.S.C. 1512(a)(2)(C). The government may file a responsive memorandum no later than June 14, 2019.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 10th day of June, 2019.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE