UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:19-mj-1523-T-AAS

DAVID ALLEN BOILEAU

_____

## ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. For the following reasons, the defendant should be detained without bail.

The defendant is charged with criminal interference with the right to fair housing and tampering with a witness, victim, or informant by physical force or threat communication. A preliminary hearing was held, but a ruling on probable cause was deferred pending the filing of supplemental memoranda by the parties.

The defendant did not challenge the government's request for detention at this time but requested, and was granted, the right to seek reconsideration upon the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant, DAVID ALLEN BOILEAU, shall be detained without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 10th day of June, 2019.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE