FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19 cr 380 T 30 CPT

42 U.S.C. § 3631

DAVID ALLEN BOILEAU

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Interference with Housing Rights)

From on or about January 21, 2019, through and including on or about March 26, 2019, in the Middle District of Florida and elsewhere, the defendant,

DAVID ALLEN BOILEAU,

did by force and by threat of force, willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with, R.A., a Muslim woman originally from the Republic of Iraq, because of R.A.'s religion and national origin and because R.A. was occupying a dwelling.

In violation of 42 U.S.C. § 3631(a) and (c).

                MARIA CHAPA LOPEZ
                United States Attorney

By: _____
       FRANCIS D. MURRAY
       Assistant United States Attorney

By: _____
       AMANDA L. RIEDEL
       Assistant United States Attorney
       Acting Chief, Special Victims Section